DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TAZIA K. STAGG,

Appellant,

v.

HILLSBOROUGH COUNTY, Animal Control Division,

Appellee.

No. 2D22-1583

_____

September 30, 2022

Appeal from the County Court for Hillsborough County; Daryl M. Manning, Judge.

Tazia K. Stagg, pro se.

Ricardo T. Cox, Senior Assistant County Attorney, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.